THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SAMMY ABURUMUH,<br><br>                Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>                Respondent. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 4:25-CV-25-DN<br><br>District Judge David Nuffer |

On August 27, 2025, the Court ordered Petitioner to within thirty days show cause why this federal habeas petition should not be dismissed under the exhaustion and abstention doctrines. (ECF No. 12.) Petitioner has not responded. Indeed, Petitioner has not been heard from since his financial certificate was filed on April 18, 2025--nearly six months ago. (ECF No. 11.) And the last item of mail sent to Petitioner by the Court was returned to sender, marked, "No longer at this address." (ECF No. 13.)

**IT IS THEREFORE ORDERED** that Petitioner's action is **DISMISSED** without prejudice for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

This action is **CLOSED**.

DATED this __2nd__ day of October, 2025.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court